UNITED STATES DISTRICT COURT
FOR THE ~~SOUTHERN~~ *Northern* DISTRICT OF MISSISSIPPI
~~~~ ABERDEEN DIVISION

CHARLETTE LINDSEY                                          PLAINTIFF

V.                                CIVIL ACTION NO. 1:15-cv-92-GHD-DAS

RUBY TUESDAY, INC., ET. AL                               DEFENDANTS

### AGREED ORDER OF DISMISSAL

Before the Court is the joint motion, *ore tenus*, of the parties for dismissal with prejudice of the above styled and numbered cause of action. Finding good cause, the Court is of the opinion that said motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED that the above styled and numbered cause be and is hereby dismissed, with prejudice, and the parties are to bear their own costs and attorneys fees.

SO ORDERED AND ADJUDGED on this the 7th day of ~~June~~ *July*, 2016.

_____
GLEN H. DAVIDSON
UNITED STATES DISTRICT JUDGE


AGREED:

_____
Benjamin D. Lang (MS Bar No. 103558)
Attorney for Charlette Lindsey

_____
Timothy W. Lindsay (MS Bar No. 1262)
Attorney for Ruby Tuesday, Inc.